NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WALTER LEE THOMAS JR.,           )
                                 )
        Appellant,               )
                                 )
v.                               )     Case No. 2D17-3903
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.



PER CURIAM.


        Affirmed.



CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.